1

2

3

4

5

6

7

8                                 **UNITED STATES DISTRICT COURT**

9                                     **DISTRICT OF NEVADA**

10

11   ANNA WILLIAMS,                                )
                                                    )
12                          Plaintiff(s),           )        Case No. 2:14-cv-01747-KJD-VCF
                                                    )
13   vs.                                            )        **ORDER GRANTING MOTION TO**
                                                    )        **RESCHEDULE EARLY**
     WIRTZ BEVERAGE NEVADA BEER, INC., et al.  )        **NEUTRAL EVALUATION SESSION**
14                                                  )
                            Defendant(s).           )        (Docket No. 13)
15   _____ )

16          Pending before the Court is a motion to reschedule the early neutral evaluation that is

17   currently set for December 18, 2014.  Docket No. 13.  For good cause shown, the Court hereby

18   **CONTINUES** the early neutral evaluation to January 22, 2015 at 10:00 a.m. in the chambers of the

19   undersigned Magistrate Judge on the third floor of the Lloyd D. George United States Courthouse,

20   333 Las Vegas Boulevard South, Las Vegas, Nevada.  The parties are hereby **ORDERED** to submit

21   their early neutral evaluation statements to chambers no later than January 15, 2015.  All other

22   requirements in the Court's order at Docket No. 5 remain governing.

23          IT IS SO ORDERED.

24          Dated: November 6, 2014

25

26                                                  _____

27                                                  Nancy J. Koppe
                                                    United States Magistrate Judge

28