KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Jen J. Sarafina          #9679
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
jsarafina@kzalaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANNA WILLIAMS, | ) | Case No. 2:14-cv-01747-KJD-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WIRTZ BEVERAGE NEVADA BEER, INC., | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| a/k/a and d/b/a WIRTZ BEVERAGE NEVADA; WIRTZ BEVERAGE GROUP; | ) | |
| AMERICAN MART CORPORATION; | ) | |
| JAMES P. HARRINGTON, II, an individual; | ) | |
| NICO AMOROSO, an individual; | ) | |
| EMPLOYEE(S)/AGENT(S) DOES 1-10; and | ) | |
| ROE CORPORATIONS 11-20, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————————— | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.  Each party is to bear their own attorneys' fees and costs.

///

///

///

///

///

///

KAMER ZUCKER ABBOTT    *Attorneys at Law*

3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

Page 1 of 2

1    WHEREFORE, the parties respectfully request that this matter be dismissed *with*

2 *prejudice*, with each party to bear their own costs and attorneys' fees.

3    DATED this 13th day of March, 2015.

4    GABROY LAW OFFICES                          KAMER ZUCKER ABBOTT

5 By:    /s/ Christian Gabroy               By:      /s/ Jen J. Sarafina
         Christian Gabroy      #8805                  Scott M. Abbott      #4500
6        The District at Green Valley Ranch           Jen J. Sarafina      #9679
         170 South Green Valley Parkway               3000 West Charleston Blvd.
7        Suite 280                                    Suite 3
         Henderson, Nevada 89012                      Las Vegas, Nevada 89102
8        Tel:  (702) 259-7777                         Tel:  (702) 259-8640
         Fax: (702) 259-7704                          Fax: (702) 259-8646
9

10       Attorneys for Plaintiff                      Attorneys for Defendants

11

12                              **ORDER**

13       IT IS SO ORDERED.

14

15 DATE:   March 25, 2015            _____

16                                  UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28